FRANCES A. BAKER, Respondent, *v.* MARK PACKARD, Appellant.

*Baker* v. *Packard,* 112 App. Div. 543, affirmed.
(Argued June 4, 1907; decided October 1, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 5, 1906, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial in an action to recover for an alleged breach of contract.

*Joseph G. Dudley* for appellant.

*Hiram R. Wood* and *Horace McGuire* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN and HISCOCK, J.J Absent : WILLARD BARTLETT, J.

---

WILLIAM F. BISHOP, Individually and as Trustee under the Will of GEORGE G. BISHOP, Deceased, Respondent, *v.* JULIUS B. LORGE, Appellant.

*Bishop* v. *Lorge,* 114 App. Div. 903, affirmed.
(Argued June 6, 1907; decided October 1, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 28, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover on an alleged contract of guaranty.

*C. Elliott Minor* and *Max Stern* for appellant.

*Samuel Keeler* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WILLARD BARTLETT and HISCOCK, JJ. Absent : HAIGHT, J.